| | |
|---|---|
| MARK T. JANSEN (SBN 114896)<br>mjansen@crowell.com<br>PILAR R. STILLWATER (SBN 260467)<br>pstillwater@crowell.com<br>MOLLY A. JONES (SBN 301419)<br>mojones@crowell.com<br>LISA QI (SBN 304401)<br>lqi@crowell.com<br>GALEN P. SALLOMI (SBN 306743)<br>gsallomi@crowell.com<br>CROWELL & MORING LLP<br>Three Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br><br>KATHRYN L. CLUNE (*pro hac vice*)<br>kclune@crowell.com<br>ALI H.K. TEHRANI (*pro hac vice*)<br>atehrani@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004<br>Telephone: 202.624.2705<br>Facsimile: 202.628.5116<br><br>Attorneys for Plaintiff<br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA | DAVID J.F. GROSS (SB# 290951)<br>david.gross@FaegreBD.com<br>NICK P. CHAN (SB# 286925)<br>nick.chan@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303<br>Telephone: (650) 324-6700<br>Fax: (650) 324-6701<br><br>TIMOTHY E. GRIMSRUD (*pro hac vice*)<br>tim.grimsrud@FaegreBD.com<br>LAUREN J.F. BARTA (*pro hac vice*)<br>lauren.barta@FaegreBD.com<br>EVA B. STENSVAD (*pro hac vice*)<br>eva.stensvad@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br><br>Attorneys for Defendant<br>BOSTON SCIENTIFIC CORPORATION |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 4:16-cv-06266-YGR<br>ORDER GRANTING **STIPULATION TO EXTEND DISCOVERY DEADLINES;** ~~[PROPOSED] ORDER~~ |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES;
CASE NO. 4:16-cv-06266-YGR

# STIPULATION

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiff The Regents of the University of California ("The Regents") and Defendant Boston Scientific Corporation ("BSC"), respectfully stipulate and jointly request that the Court issue an Order extending discovery deadlines by approximately ten weeks. The parties submit that good cause exists for this stipulation for the following reasons and those set forth in the Declaration of Mark T. Jansen in support of Stipulation ("Jansen Decl."), filed herewith:

1. The Court granted the parties' stipulated case management schedule on February 17, 2017. D.I. 48.

2. On May 2, 2017, at the hearing and technology tutorial concerning BSC and related case defendant St. Jude Medical, LLC's motions to dismiss, the Court vacated all dates after June 1, 2017 and set forth the following case schedule (*see* D.I. 60):

| Event | Current Deadline |
|---|---|
| Close of Fact Discovery | March 2, 2018 |
| Initial Expert Reports Due | April 6, 2018 |
| Rebuttal Expert Reports Due | May 18, 2018 |
| Close of Expert Discovery | June 8, 2018 |
| Last Day to File Summary Judgment Motions | July 10, 2018 |
| Jury Trial | February 4, 2019 |

3. During the hearing on May 2, 2017, the Court expressed its intent that The Regents' cases against related defendants St. Jude Medical, LLC and AtriCure Inc. proceed on the same case and trial schedule. (The AtriCure case has since been settled and was dismissed.)

4. The Court also reiterated the revised case schedule in its December 20, 2017 Order in related case, *The Regents of the University of California v. St. Jude Medical, LLC*, Case No. 16-cv-06210-YGR ("SJM Case"), D.I. 81 (Order Granting Revised Stipulation Selecting ADR Process; Setting Pre-Trial Dates). In addition, the Court set the following dates in the SJM Case (*see id.*):

| Event | Current Deadline |
|---|---|
| Compliance Hearing re: Pretrial Instructions | December 7, 2018 |
| Joint Pretrial Conference Statement | December 21, 2018 |
| Pretrial Conference | January 18, 2019 |

5. On Monday, January 22, 2018, the parties filed a joint stipulation requesting that the Court continue the trial date to accommodate St. Jude Medical, LLC's counsel's trial conflict and to extend all pre-trial dates. D.I. 77. The Court denied the stipulation finding there was no good cause to continue the trial date from February 4, 2019 to April 1, 2019. D.I. 78. However, the Court indicated that it would consider a request to extend non-trial related deadlines, provided that the parties understand "that moving such deadlines may mean that they may have to dual-track motion practice and trial preparation." *Id*.

6. The parties file the instant stipulation seeking an extension of the non-trial related deadlines and understand that doing so may result in dispositive motion practice coinciding with pre-trial preparation. The primary reasons for the extension of the non-trial related deadlines, including especially the fact discovery deadline, are to (a) avoid motion practice on discovery and allow the parties to complete discovery already in progress, including taking depositions after completion of document production, and (b) allow the parties some extra time to focus on preparing for mediation.

7. The parties have been engaging in discovery since April 2017 (even though the pleadings did not close until June 6, 2017 (D.I. 67)) and are in the process of meeting and conferring regarding the production of documents, including production of ESI for an agreed up-to ten custodians, and the scheduling of depositions. Jansen Decl. at ¶ 4. Both parties have produced documents, but their document productions are not complete, despite both parties making voluminous productions of documents. *Id*. In addition, there are other outstanding issues, including serious HIPAA implications, that the parties are attempting to cooperatively resolve. *Id*. The parties have also served deposition notices but are having difficulty scheduling

CROWELL
& MORING LLP
ATTORNEYS AT LAW

- 2 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES;
CASE NO. 4:16-cv-06266-YGR

depositions in light of the upcoming mediation and witness availabilities. *Id.* Counsel for the parties have met and conferred many times in December 2017 and January 2018 regarding these issues and are trying to resolve all issues without discovery motion practice. *Id*. The parties estimate that an additional ten weeks are needed to complete their discovery in this case. *Id*.

8. The parties have met once informally to discuss settlement and are continuing to engage in settlement discussions. *Id.* at ¶ 5. In particular, pursuant to the Court's Order dated August 1, 2017, the parties have scheduled mediation at JAMS before retired Magistrate Judge Infante to take place on February 21, 2018. *See* D.I. 71, 72. The parties would prefer to limit discovery and expert expenses as much as possible before mediation. Jansen Decl., ¶ 5.

9. A continuance of dates requested herein will permit the parties to meaningfully engage in the mediation process and will permit time to complete remaining discovery necessary after mediation in the event that the parties do not reach an agreement at the mediation.

10. For these reasons, the parties therefore request that fact discovery and all subsequent non-trial related deadlines be extended. The parties respectfully request that this Court grant this stipulation to continue all previously-set non-trial related deadlines (as contained in D.I. 60, SJM Case D.I. 81) as follows:[1]

| Event | Current Deadline | Extended Deadline |
| --- | --- | --- |
| Close of Fact Discovery | March 2, 2018 | May 11, 2018 |
| Initial Expert Reports Due | April 6, 2018 | June 1, 2018 |
| Rebuttal Expert Reports Due | May 18, 2018 | July 13, 2018 |
| Close of Expert Discovery | June 8, 2018 | August 31, 2018 |
| Last Day to File Summary Judgment Motions | July 10, 2018 | September 14, 2018 |
| Compliance Hearing re: Pretrial Instructions | December 7, 2018 | December 7, 2018 |
| Joint Pretrial Conference Statement | December 21, 2018 | December 21, 2018 |
| Pretrial Conference | January 18, 2019 | January 18, 2019 |

---

[1] Pursuant to the Court's order, the parties recognize "that moving such deadlines may mean that they may have to dual-track motion practice and trial preparation." D.I. 78.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES;
CASE NO. 4:16-cv-06266-YGR

| Jury Trial | February 4, 2019 | February 4, 2019 |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: February 2, 2018       CROWELL & MORING LLP


By:  */s/ Mark T. Jansen*
    Mark T. Jansen
    Kathryn L. Clune
    Pilar R. Stillwater
    Ali H.K. Tehrani
    Molly A. Jones
    Lisa Qi
    Galen P. Sallomi
    Attorneys for Plaintiff
    THE REGENTS OF THE
    UNIVERSITY OF CALIFORNIA

DATED: February 2, 2018       FAEGRE BAKER DANIELS LLP


By:  */s/ Lauren J.F. Barta*
    David J.F. Gross
    Timothy E. Grimsrud
    Lauren J.F. Barta
    Eva B. Stensvad
    Nick P. Chan
    Attorneys for Defendant
    BOSTON SCIENTIFIC CORPORATION

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby GRANTED. The Court orders the following deadlines:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Close of Fact Discovery | March 2, 2018 | May 11, 2018 |
| Initial Expert Reports Due | April 6, 2018 | June 1, 2018 |
| Rebuttal Expert Reports Due | May 18, 2018 | July 13, 2018 |
| Close of Expert Discovery | June 8, 2018 | August 31, 2018 |
| Last Day to File Summary Judgment Motions | July 10, 2018 | September 14, 2018 |
| Compliance Hearing re: Pretrial Instructions | December 7, 2018 | December 7, 2018 |
| Joint Pretrial Conference Statement | December 21, 2018 | December 21, 2018 |
| Pretrial Conference | January 18, 2019 | January 18, 2019 |
| Jury Trial | February 4, 2019 | February 4, 2019 |

**IT IS SO ORDERED.**

DATED: __February 8__, 2018

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CROWELL
& MORING LLP
ATTORNEYS AT LAW

- 5 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES;
CASE NO. 4:16-cv-06266-YGR